UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

ROBERT BERNARDI, NIHAT CARDAK, and SUNIL CHANDRA,

Defendants.

**ORDER**

21 Cr. 616 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      The arraignment of Defendants Robert Bernardi, Nihat Cardak, and Sunil Chandra will take place on **November 10, 2021 at 2:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       October 25, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge