

Justin S. Weddle
212 - 997 - 5518 (o)
347 - 421 - 2062 (m)
jweddle@weddlelaw.com

November 8, 2021

**By ECF**

Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:    **United States v. Robert Bernardi**, 21 Cr. 616 (PGG)

Dear Judge Gardephe:

   I respectfully submit this letter motion requesting that a full, unredacted version of my November 8, 2021, letter relating to presentment in this matter (the "Presentment Letter") be accepted for filing under seal. The Presentment Letter, in its unredacted form, includes a one-paragraph addendum that describes Mr. Bernardi's health conditions. We have filed a redacted version of the Presentment Letter (which redacts this single health-related paragraph) on ECF. I will send the unredacted version to chambers by email.

                                             Respectfully submitted,

                                             *Justin S. Weddle*

                                             Justin S. Weddle

MEMO ENDORSED

The Application is granted.

SO ORDERED:

*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: November 9, 2021