UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

ROBERT BERNARDI, NIHAT CARDAK, and SUNIL CHANDRA,

Defendants.

**ORDER**

21 Cr. 616 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

As stated today in open court, the Government's motion to modify the conditions of Defendant Robert Bernardi's pretrial release is granted. Bernardi is released subject to the following conditions:

- a $500,000 personal recognizance bond cosigned by one financially responsible person;
- regular pretrial supervision by the Pretrial Services Office;
- surrender of travel documents;
- travel restricted to the Eastern District of Virginia, the District for the District of Columbia, the Southern District of New York, the Eastern District of New York, the District of Massachusetts, and points in between;
- no contact with co-Defendants or victims in the absence of counsel; and
- no new lines of credit or bank accounts without the approval of the Pretrial Services Office.

Dated: New York, New York
       November 10, 2021

SO ORDERED.

*Paul Gardephe*
Paul G. Gardephe
United States District Judge