UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

ROBERT BERNARDI, NIHAT CARDAK, and SUNIL CHANDRA,

                    Defendants.

**ORDER**

21 Cr. 616 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      The status conference scheduled for June 9, 2022 is adjourned to **June 28, 2022 at 2:00 p.m.** in Courtroom 705 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York.

      Upon the application of the United States of America, by and through Assistant United States Attorneys Peter J. Davis and Emily A. Johnson, and with the consent of Defendants Robert Bernardi, Nihat Cardak, and Sunil Chandra, by and through their counsel, it is further ordered that the time from June 9, 2022 through June 28, 2022 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The ends of justice served by the granting of this continuance outweigh the interest of the public and the Defendants in a speedy trial, because it will permit the Defendants to continue to review discovery and determine whether any pretrial motions will be filed.

Dated: New York, New York
         June 6, 2022

SO ORDERED.

*Paul S. Gardephe*

Paul G. Gardephe
United States District Judge