UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>ROBERT BERNARDI, NIHAT CARDAK, and SUNIL CHANDRA,<br><br>Defendants. | **ORDER**<br><br>21 Cr. 616 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

The status conference currently scheduled for June 28, 2022 is rescheduled to **June 27, 2022 at 4:00 p.m.** in Courtroom 705 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       June 17, 2022

SO ORDERED.

*Paul S. Gardephe*
Paul G. Gardephe
United States District Judge