UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

ROBERT BERNARDI,

Defendant.

**ORDER**

21 Cr. 616-1 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The status conference in this matter currently scheduled for June 27, 2022 is adjourned to **June 29, 2022 at 2:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
June 27, 2022

SO ORDERED.

*[signature]*

Paul G. Gardephe
United States District Judge