UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

ROBERT BERNARDI,

                Defendant.

**ORDER**

21 Cr. 616-1 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      The status conference scheduled for June 29, 2022 is adjourned to **August 17, 2022 at 4:30 p.m.** in Courtroom 705 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York.

      Upon the application of the United States of America, by and through Assistant United States Attorneys Peter J. Davis and Emily A. Johnson, and with the consent of Defendant Robert Bernardi, by and through his counsel, it is further ordered that the time from June 28, 2022 through August 17, 2022 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The ends of justice served by the granting of this continuance outweigh the interest of the public and the Defendant in a speedy trial, because it will permit defense counsel to complete review of the voluminous discovery materials and determine whether any pretrial motions will be filed.

Dated: New York, New York
       June 28, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge