

Justin S. Weddle
212 - 997 - 5518 (o)
347 - 421 - 2062 (m)
jweddle@weddlelaw.com

December 1, 2022

**By ECF**

Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   **United States v. Robert Bernardi**, 21 Cr. 616 (PGG)

Dear Judge Gardephe:

    With apologies for burdening the Court, I write with the consent of the prosecution to request a small change in the scheduled sentencing in this matter due to my conflicting planned travel. On November 29, 2022, by memo endorsement (ECF 61), the court scheduled the sentencing for January 26, 2023 at 11:30 a.m. I am traveling out-of-State on January 26, departing by plane at 6:30 p.m. on January 25, 2023, and will be out of town on January 26, 27, and 30. I therefore request that the sentencing be moved either to January 25 with a start time between noon and 2:00 p.m., or January 31. (One of the prosecutors on this matter is unavailable prior to noon on January 25, 2023, because of another sentencing scheduled earlier in the day.)

    As noted, I have communicated with one of the prosecutors on the case, and the prosecution consents to this request.

**MEMO ENDORSED:** Sentencing is adjourned to January 24, 2023 at 2:30 p.m. The Defense's sentencing submission is due by January 10, 2023 and the Government's sentencing submission is due by January 17, 2023.

Respectfully submitted,

*Justin S. Weddle*

Justin S. Weddle

SO ORDERED.

*Paul G. Gardephe*
_____
Paul G. Gardephe
United States District Judge
Date:  December 6, 2022