UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

NIHAT CARDAK ET AL.,

         Defendant.

**ORDER**

21 Cr. 616 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      The status conference scheduled for December 15, 2022 is adjourned to **January 12, 2023 at 2:00 p.m.** in Courtroom 705 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York.

      Upon the application of the United States of America, by and through Assistant United States Attorney Peter J. Davis, and with the consent of Defendants Nihat Cardak and Sunil Chandra, it is further ordered that the time from today through January 12, 2023 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The ends of justice served by the granting of this continuance outweigh the interest of the public and the Defendants in a speedy trial, because it will permit defense counsel to complete review of discovery materials and to continue discussions as to possible pretrial resolutions.

Dated: New York, New York
       December 13, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge